# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY JOSEPH BROWN

    Petitioner

v.                              3:12-cv-2485
                                  (JUDGE MARIANI)

PA STATE ATTORNEY GENERAL

    Respondent

## ORDER

On December 12, 2012, Petitioner Timothy Joseph Brown ("Petitioner") filed a petition for writ of *habeas corpus* (Doc. 1). The matter was assigned to Magistrate Judge Martin C. Carlson, who issued a Report and Recommendation on January 22, 2012 (Doc. 4). Magistrate Judge Carlson recommended that the matter be transferred to the Eastern District of Pennsylvania because Petitioner challenges certain aspects of his state conviction and sentence rendered by the Court of Common Pleas of Delaware County, which is within the territorial jurisdiction of the Eastern District.

**AND, NOW, THIS 6TH DAY OF FEBRUARY, 2013, IT IS HEREBY ORDERED:**

1. Magistrate Judge Martin C. Carlson's Report and Recommendation of January 22, 2012 (Doc. 4) is **ADOPTED.**

2. The case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of the Court shall **CLOSE** the case in this district.

                                                          Robert D. Mariani
                                                        United States District Judge